IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES GOLDSON, *et al.*, | : |
| | : Case No. 2:08-cv-844 |
| Plaintiffs, | : |
| | : Judge Sargus |
| v. | : Magistrate Judge Kemp |
| | : |
| FEDERAL HOME LOAN | : |
| MORTGAGE CORPORATION, | : |
| | : |
| Defendant. | : |

## RULE 68 JUDGMENT ENTRY

Pursuant to Fed. R. Civ. Pro. 68 and the Parties' Joint Notice of Filing Defendant's Rule 68 Offer of Judgment and Plaintiffs' Acceptance of Rule 68 Offer of Judgment, judgment is hereby entered in favor of the Plaintiffs against Defendant for $250.00, together with pre-judgment interest from and after June 12, 2003 and taxable costs.

So ordered this 2 day of August, 2011.

_____
Judge Edmund A. Sargus, Jr.